# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 16-5177** | **September Term, 2016** |
| | **1:13-cv-00131-KBJ** |
| | **Filed On:** January 31, 2017 |

Donald Rochon,

    Appellant

  v.

Attorney General of the United States,

    Appellee


**BEFORE:** Tatel, Kavanaugh, and Millett, Circuit Judges

## O R D E R

Upon consideration of the corrected petition for rehearing, it is

**ORDERED** that the petition be denied.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
            Ken Meadows
            Deputy Clerk